No. 10–8905.  HELMS v. FLORIDA.  Dist. Ct. App. Fla., 5th Dist.  Certiorari denied.

No. 10–8906.  HUNTER ET VIR v. MANSDORF, CHAPTER 7 TRUSTEE, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 10–8910.  MOSES v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 10–8911.  ZAZUETA MIRANDA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8915.  AGUILAR v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8918.  STANLEY v. UNITED STATES.  C. A. 10th Cir.  Certiorari denied.

No. 10–8920.  OCAMPO v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–8928.  SISTRUNK v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 10–8930.  WILLIAMS v. LAWLER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT HUNTINGDON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 10–8934.  BOLDEN v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–8935.  DUENAS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 10–8936.  DANIELS v. UNITED STATES.  C. A. 8th Cir.  Certiorari denied.

No. 10–8937.  CARRADINE v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.

No. 10–8939.  MUNIZ-MASSA v. UNITED STATES.  C. A. 1st Cir.  Certiorari denied.

No. 10–8941.  GRIGG v. LEE, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY.  C. A. 2d Cir.  Certiorari denied.